## (July 27, 1962)

■ (A) In the Matter of the Claim of FERENC BARKANYI, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of FREDERICK G. STERNAU, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of LAWRENCE FOGARTY, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of ROSE M. LEO, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each proceeding.] Motion to dismiss appeals granted by default, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, v. JOHN DAVID FOSTER, Defendant. (B) In the Matter of the Claim of FAYE SIMSON, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of EDMUND M. TREDGER, Appellant, v. MARTIN P. CATHERWOOD, as Industrial ·Commissioner, Respondent.— Appeals dismissed, without costs unless appellants shall file and serve records, briefs and notes of issue for the November 1962 Term on or before October 11, 1962, in which event motions denied. Present —·Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WILLIAMS, Appellant, v. W. M. WALLACK, as Warden of Wallkill Prison, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES T. RUSSELL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Time to perfect appeal extended 90 days. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ CLAUDIA BRADLEY, Respondent, v. ANNE FRAZIER, Appellant. CLAUDIA BRADLEY et al., Respondents, v. ANNE FRAZIER et al., Appellants.— Time to perfect appeal extended to September 5, 1962. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.